60 F.3d 813
 ACS Enterprises, Inc., Ashton Apartments, L.P., Yu S. Yeh,
Dr., Chris J. Gigliotti, William A. Meehan, Frank J.
Montemuro, Jr., d/b/a Brookshire Trace, Chestnut Hill
Associates, L.P., Winthrop Financial Associates, L.P., David
A. Goldstein, Park Drive Manor, L.P., PDM Realty Associates,
L.P., Andover Associates, Robert Rodin
v.
Comcast Cablevision of Philadelphia, L.P., Comcast
Corporation (Three Cases)
 NOS. 94-1623, 94-1671, 94-1818
 United States Court of Appeals,
Third Circuit.
 May 17, 1995
 
 Appeal From: E.D.Pa., No. 93-02076,
 DuBois, J.,
 
 857 F.Supp. 1105
 
 1
 AFFIRMED.